United States District Court
Southern District of Texas
**ENTERED**
August 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS
　　　　　　　　　　　　　　　　　　　HOUSTON DIVISION

| | | |
|---|---|---|
| GINGER MCGUIRE, | § § § | |
| *Plaintiff(s)*, | § § | |
| v. | § § | |
| THE G&L FAMILY OF CAREGIVERS, LLC d/b/a SURECARE AT HOME; NANCY LARKIN and STEWART BRUCE GRATLAND, | § § § § § § § | No. 4:22-cv-00107 |
| *Defendant(s).* | § | |

### STIPULATION & PROPOSED ORDER OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ginger McGuire and Defendant The G&L Family of Caregivers, LLC d/b/a SureCare At Home; Defendant Nancy Larkin and Defendant Stewart Bruce Gratland stipulate that:

1.　McGuire's claim(s) against The G&L Family of Caregivers, LLC d/b/a SureCare At Home; Nancy Larkin and Stewart Bruce Gratland are dismissed with prejudice to refiling.

2.　Except as they otherwise may have agreed, each party shall bear its own costs and fees.

Agreed:

Date:   August 17, 2022                               s/ Melissa Moore
                                                    Counsel for the Plaintiff(s)


Date:   August 17, 2022                           s/ Raymond Kalmans w/p CH
                                                    Counsel for the Defendant(s)


It is so ordered.


Date: August 18, 2022                          _David Hittner_____
                                                    DAVID HITTNER
                                                    United States District Judge

CERTIFICATE OF SERVICE

As required by Fed. R. Civ. P. 5(a)(1), I certify that I served a copy of this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) on the date indicated as follows:

Mr. Raymond Kalmans
rkalmans@schlangersilver.com
SCHLANGER SILVER LLP
109 North Post Oak Lane Suite 300
Houston, Texas 77024
Facsimile: (713) 785-2091
*Attorney(s) for Defendants*

- ☐ mail
- ☐ personal delivery
- ☐ leaving it at ☐ office ☐ dwelling
- ☐ leaving it with court clerk
- ☐ electronic means
- ☐ other means
- ☒ CM/ECF system

| August 17, 2022 | s/ Melissa Moore |
|---|---|
| Date | Melissa Moore |